UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY K. ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No.  2:21-cv-00514-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Production of Documents. ECF No. 20. In that Motion, Plaintiff asks the Court to send him copies of various documents he has filed with the Court. Plaintiff does not explain why he does not have copies or cannot obtain copies through the law library at the facility at which he is housed. It is not the Court's responsibility to make copies for Plaintiff. However, on this occasion *only* the Court will grant Plaintiff's request in part. The Court advises Plaintiff that he must file a Second Amended Complaint that is not more than 25 pages in length, including exhibits.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Production of Documents (ECF No. 20) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the Clerk of Court shall mail to Plaintiff copies of the following documents:

- ECF No. 8 – the Amended Complaint
- ECF No. 13 – the Report and Recommendation
- ECF No. 19 – Order Accepting the Report and Recommendation.

IT IS FURTHER ORDERED that no other documents shall be copied and mailed to Plaintiff.

IT IS FURTHER ORDERED that, as stated in the Court's Order (ECF No. 19), Plaintiff's Second Amended Complaint shall not exceed 25 pages in length including exhibits and must be filed on or before **September 24, 2021.**

Dated this 13th day of August, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE