# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY K. ANDERSON,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants | Case No.: 2:21-cv-00514-APG-EJY<br><br>**Order Denying Motion for Declaratory Judgment and Injunctive Relief**<br><br>[ECF No. 15] |

    I previously dismissed the first amended complaint filed by plaintiff Anthony Anderson. ECF No. 19. I allowed him to file a second amended complaint to cure the deficiencies in his first amended complaint. *Id.* I also referred this case to the court's Prob Bono Program to determine whether counsel would be willing to represent Mr. Anderson.

    Mr. Anderson also filed a motion for declaratory and injunctive relief. ECF No. 15. Because there is no complaint pending, this motion is premature. And the arguments and requested relief may change if counsel is appointed or Mr. Anderson files a second amended complaint. Thus, I will deny the motion without prejudice to refiling it later.

    I THEREFORE ORDER that the plaintiff's pending motion for declaratory judgment and injunctive relief **(ECF No. 15) is denied without prejudice.**

    DATED this 17th day of August, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE