UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY K. ANDERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF NEVADA, *et al.*,<br><br>   Defendants. | Case No.  2:21-cv-00514-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Enlargement of Time, FRCP 6(b)/FRAP 26(b).  ECF No. 23.  On August 13, 2021, the Court entered an Order requiring three documents to be mailed to Plaintiff.  ECF No. 21.  These documents include: ECF No. 8 – the Amended Complaint, ECF No. 13 – the Report and Recommendation, and ECF No. 19 – Order Accepting the Report and Recommendation.  Prior to the Court ordering that copies of certain documents be mailed to Plaintiff, District Judge Gordon entered an Order requiring Plaintiff to file a second amended complaint by September 24, 2021 and referring the case to the Court's pro bono program.  ECF No. 19.  Plaintiff now seeks additional time to file his second amended complaint because, without the documents he requests, Plaintiff states he cannot comply with the August 4, 2021 Order.

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Motion for Enlargement of Time, FRCP 6(b)/FRAP 26(b) (ECF No. 23) is GRANTED

IT IS FURTHER ORDERED that Plaintiff shall have through and including **October 22, 2021** to file a second amended complaint.

IT IS FURTHER ORDERED that on or before September 14, 2021, the Clerk of Court shall mail a copy of this Order, together with a copy of Plaintiff's Amended Complaint, the Report and Recommendation, and Order Accepting the Report and Recommendation (ECF Nos. 8, 13, and 19), to Plaintiff's address on file with the Court.

IT IS FURTHER ORDERED that except as stated herein, Plaintiff's Motion for Enlargement of Time is DENIED.

Dated this 14th day of September, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE