UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY K. ANDERSON, | Case No. 2:21-cv-00514-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Pending before the Court is *pro se* Plaintiff's Motion for Status Check and Docketing Sheet (ECF No. 26). Plaintiff asks the Court for a "status check" and for a "full complete docketing sheet" in his case.

Good cause appearing IT IS HEREBY ORDERED that Plaintiff's Motion for Status Check and Docketing Sheet (ECF No. 26) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the Clerk of Court shall send an electronic and hard copy via U.S. Mail of the docket sheet of this matter to Plaintiff within five (5) court days of the date of this Order.

IT IS FURTHER ORDERED that Plaintiff's request for a status check is DENIED.

Dated this 9 day of December, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE