UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTHONY K. ANDERSON,

      Plaintiff,

    v.

STATE OF NEVADA, *et al.*,

      Defendants.

Case No.  2:21-cv-00514-APG-EJY

**ORDER**

On January 4, 2022, the Court entered an Order allowing (1) Plaintiff's claim alleging a violation of Title II of the Americans with Disabilities Act to proceed against the State of Nevada and the Nevada Department of Corrections, and (2) Plaintiff's Eighth Amendment claim against Dr. Romeo Aranas, Dr. Landsman, Dr. Kelly, and Rebeca Kozlof in their individual capacities for money damages shall proceed.  ECF No. 28.  On that same date the Court ordered the Clerk of Court to electronically serve a copy of the Order and a copy of Plaintiff's Second Amended Complaint (ECF No. 25) on the Office of the Attorney General of the State of Nevada by adding the Attorney General of the State of Nevada to the docket sheet.  This service did not indicate acceptance of service.  However, the Attorney General was ordered to, within twenty-one (21) days of the Order, file a notice advising the Court and Plaintiff whether it accepted service on behalf of Dr. Aranas, Dr. Landsman, Dr. Kelly, and/or Rebeca Kozlof.  The Order explained that if the Attorney General's Office did not or could not accept service on behalf of any of these Defendants, then it was required to file under seal, and not serve Plaintiff, such defendant's last-known-address.  It is now February 2, 2022 and the Office of the Attorney General for the State of Nevada has not complied with the Court's Order.

Accordingly, IT IS HEREBY ORDERED that the Nevada Attorney General's Office **<u>must</u>**, in order to avoid an Order to Show Cause and potential sanctions, comply with the requirements

of the January 4, 2022 Order no later than **February 9, 2022**.  Failure to do so will result in an Order to Show Cause and potential sanctions.

Dated this 2nd day of February, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE