UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTHONY K. ANDERSON,

      Plaintiff,

    v.

STATE OF NEVADA, *et al.*,

      Defendants.

Case No.  2:21-cv-00514-APG-EJY

**ORDER**

In response to the Court's Order (ECF No. 30), the Nevada Attorney General's Office has filed the last known addresses for Dr. Henry Landsman and Rebecca (Kozloff) Florio.  ECF No. 32.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court will issue summonses for Dr. Henry Landsman and Rebecca (Kozloff) Florio and deliver the same to the U.S. Marshal for service together with two copies of the Attorney General's filing under seal at ECF No. 32.  The Clerk of Court will also send two copies of this Order together with two copies of Plaintiff's Amended Complaint (ECF No. 25), the Order and Report and Recommendation (ECF No. 28), and the Order Adopting the Report and Recommendation (ECF No. 29) to the U.S. Marshal for service on Dr. Landsman and Rebecca (Kozloff) Florio.

IT IS FURTHER ORDERED that the Clerk of Court will send Plaintiff two (2) USM-285 forms.  Plaintiff shall have thirty (30) days within which to furnish the U.S. Marshal the required USM-285 form with relevant information as to Dr. Landsman and Rebecca Florio.

IT IS FURTHER ORDERED that the U.S. Marshal Service shall commence efforts of service within ten (10) days of receipt of Plaintiff's completed USM-285 forms.

Dated this 28th day of February, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1