AARON D. FORD
  Attorney General
TAYLOR M. L. RIVICH (Bar No. 15991)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: trivich@ag.nv.gov

*Attorneys for Defendants*
*Nevada Department of Corrections (NDOC),*
*Romeo Aranas, Sonya (Carrillo) Clark,*
*Henry Landsman, and Rebecca (Kozloff) Florio*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY K. ANDERSON,<br><br>           Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>           Defendants. | Case No. 2:21-cv-00514-APG-EJY<br><br>**STIPULATION AND ORDER SETTING DEADLINE FOR RESPONSIVE PLEADINGS TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |

Defendants, Nevada Department of Corrections, Romeo Aranas, Sonya Clark, Henry Landsman, and Rebecca Florio, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Taylor M.L. Rivich, Deputy Attorney General, and Plaintiff, Anthony Anderson, by and through counsel, Anthony L. Martin and Elody C. Tignor, hereby stipulate and agree to a single deadline for the above-captioned Defendants to file a responsive pleading, as follows: **April 18, 2023**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

By entering into this stipulation, none of the parties waive any rights they have under statute, law, or rule.

Dated this 16th day of March, 2023
AARON D. FORD
Attorney General
/s/ *Taylor M.L. Rivich*
TAYLOR M.L. RIVICH (Bar No. 15991)
Deputy Attorney General

Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
trivich@ag.nv.gov

*Attorneys for Defendants*
*Nevada Department of Corrections (NDOC),*
*Romeo Aranas, Sonya (Carrillo) Clark,*
*Henry Landsman, and Rebecca (Kozloff) Florio*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
/s/ *Elody C. Tignor*
Anthony L. Martin
Nevada Bar No. 8177
Anthony.martin@ogletree.com
Elody C. Tignor
Nevada Bar No. 15663
Elody.tignor@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Plaintiff Anthony K. Anderson*

**IT IS SO ORDERED.**

ORDER

_____
United States Magistrate Judge
DATED   March 16, 2023

Page **2** of 3