McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Katherine J. Gordon
Nevada Bar No. 5813
  katherine.gordon@mccormickbarstow.com
Cheryl A. Grames
Nevada Bar No. 12752
  Cheryl.Grames@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Defendant
George Timothy Kelly, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY K. ANDERSON, an individual,<br><br>Plaintiff<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS; HENRY LANDSMAN, M.D. an individual; ROMEO ARANSAS, M.D., an individual; REBECCA KOZLOFF, an individual; SONYA CARRILLO, R.N., an individual; GEORGE TIMOTHY KELLY, M.D., an individual,<br><br>Defendants | Case No. 2:21-cv-00514-CDS-EJY<br><br>**ORDER GRANTING REQUEST TO EXTEND BRIEFING SCHEDULE AS TO DEFENDANT DR. KELLY'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS (ECF NO. 66)**<br><br>**(SECOND REQUEST)**<br><br>[ECF No. 79] |

COME NOW DEFENDANT GEORGE TIMOTHY KELLY, M.D. ("Defendant Dr. Kelly") AND PLAINTIFF ANTHONY K. ANDERSON ("Plaintiff," and collectively, the "Parties"), by and through their respective counsel of record, and hereby stipulate that the time by which Defendant Dr. Kelly must file his Reply in Support of his Motion to Dismiss (ECF No. 66) is enlarged and extended by two weeks from May 15, 2023 to and including May 30, 2023. Defendant Dr. Kelly filed his Motion to Dismiss on April 11, 2023 (ECF No. 66) and Plaintiff filed his Response thereto on April 24, 2023 (ECF No. 71).

Due to the numerous and complex issues at bar, Defendant Dr. Kelly needs additional time

to finish drafting a meaningful Reply, including an additional two weeks. As such, the Parties maintain good cause exists to extend the deadline for Defendant Dr. Kelly to file his Reply in support of his Motion to Dismiss by two weeks ~~to Monday May 15, 2023~~ from May 15, 2023, to and including May 30, 2023.

This is the second request for extension of time for Defendant Dr. Kelly to file his Reply in support of his Motion to Dismiss.

Dated: May 15, 2023

OGLETREE DEAKINS NASH SMOAK & STEWART, PC

By: */s/ Elody C. Tignor*
Anthony L. Martin, Esq.
Nevada Bar No. 8177
Elody C. Tignor, Esq.
Nevada Bar No. 15663
Attorneys for Plaintiff
Anthony K. Anderson

Dated: May 15, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Cheryl A. Grames*
Katherine J. Gordon
Nevada Bar No. 5813
Cheryl A Grames
Nevada Bar No. 12752
Attorneys for Defendant
George Timothy Kelly, M.D.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 23, 2023