McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Katherine J. Gordon
Nevada Bar No. 5813
  *katherine.gordon@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant
George Timothy Kelly, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY K. ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS; HENRY LANDSMAN, M.D. an individual; ROMEO ARANSAS, M.D., an individual; REBECCA KOZLOFF, an individual; SONYA CARRILLO, R.N., an individual; GEORGE TIMOTHY KELLY, M.D., an individual,<br><br>Defendants. | Case No. 2:21-cv-00514-CDS-EJY<br><br>**REQUEST TO STAY DISCOVERY DURING PENDENCY OF DEFENDANT DR. KELLY'S MOTION TO DISMISS (ECF NO. 66)**<br><br>**(First Request)** |

DEFENDANT GEORGE TIMOTHY KELLY, M.D. ("Defendant Dr. Kelly"), PLAINTIFF ANTHONY K. ANDERSON ("Plaintiff"), and DEFENDANTS NEVADA DEPARTMENT OF CORRECTIONS, HENRY LANDSMAN, M.D., ROMEO ARANSAS, M.D., REBECCA KOZLOFF, and SONYA CARRILO R.N. (collectively, the "NDOC Defendants"), by and through their respective counsel, hereby submit their Request to Stay Discovery During the Pendency of Defendant Dr. Kelly's Motion to Dismiss (ECF No. 66, filed on April 11, 2023).

The parties stipulate and agree as follows:

1. Plaintiff maintains one cause of action against Defendant Dr. Kelly (42 U.S.C. § 1983 –

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:21-cv-00514-CDS-EJY
REQUEST TO STAY DISCOVERY DURING PENDENCY OF DEFENDANT DR. KELLY'S MOTION TO DISMISS (ECF NO. 66)

1  Deliberate Indifference). *See* Third Amended Complaint (ECF No. 48).

2      2. On April 11, 2023, Defendant Dr. Kelly filed a Motion to Dismiss the Third Amended

3  Complaint as to the deliberate indifference cause of action against him. (ECF No. 66).

4      3. On April 24, 2023, Plaintiff filed his Response to the Motion to Dismiss (ECF No. 71).

5      4. On May 30, 2023, Defendant Dr. Kelly filed his Reply in Support of his Motion to

6  Dismiss, following extensions that this Court granted (ECF Nos. 73, 81, and 82).

7      5. The parties recently submitted a request to extend discovery deadlines by thirty days

8  (ECF No. 84), which this Court granted (ECF No. 85) on July 25, 2023.

9      6. In subsequent discussions among counsel as to litigation expenses, the parties agreed that

10  conserving resources is a prudent approach while the parties await the Court's decision regarding

11  the Motion to Dismiss.

12      7. The parties have also agreed to submit a proposed discovery plan and scheduling order

13  no later than two weeks after the Court issues its decision as to the Motion to Dismiss.

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2  Case No. 2:21-cv-00514-CDS-EJY
REQUEST TO STAY DISCOVERY DURING PENDENCY OF DEFENDANT DR. KELLY'S MOTION TO DISMISS (ECF NO. 66)

It is so stipulated and agreed:

Dated: August 9, 2023

McCormick, Barstow, Sheppard, Wayte & Carruth LLP

By:      */s/ Cheryl A. Grames*
Katherine J. Gordon
Nevada Bar No. 5813
Cheryl A. Grames
Nevada Bar No. 12752
8337 W. Sunset Road, Ste. 350
Las Vegas, NV 89113
Attorneys for Defendant George Timothy Kelly, M.D.

Dated: August 9, 2023

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

By:      */s/ Elody C. Tignor*
Anthony L. Martin
Nevada Bar No. 8177
Elody C. Tignor
Nevada Bar No. 15663
10801 W. Charleston Blvd, Ste. 500
Las Vegas, NV 89135
Attorneys for Plaintiff Anthony K. Anderson

Dated: August 9, 2023

Nevada Attorney General's Office

By:      */s/ Keith G. Munro*
Keith G. Munro
Nevada Bar No. 5074
555 E. Washington Ave.
Las Vegas, NV 89101
Attorneys for Defendants Nevada Dept. of Corrections, Henry Landsman, M.D., Romeo Aransas, M.D., Rebecca Kozloff, and Sonya Carrilo, R.N.

Based on the parties' stipulation and agreement:

The Court will stay discovery until the Court issues its decision as to Defendant Dr. Kelly's Motion to Dismiss (ECF No. 66).

The parties will submit a new proposed discovery plan and scheduling order no later than two weeks after the Court issues its decision as to the subject Motion to Dismiss.

**IT IS SO ORDERED.**

DATED this  9th  day of  August , 2023.

U.S. Magistrate Judge

041035-000008 9272921.1