McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Katherine J. Gordon
Nevada Bar No. 5813
  katherine.gordon@mccormickbarstow.com
Cheryl A. Grames
Nevada Bar No. 12752
  cheryl.grames@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

*Attorneys for Defendant*
*George Timothy Kelly, M.D.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY K. ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS; HENRY LANDSMAN, M.D. an individual; ROMEO ARANSAS, M.D., an individual; REBECCA KOZLOFF, an individual; SONYA CARRILLO, R.N., an individual; GEORGE TIMOTHY KELLY, M.D., an individual,<br><br>Defendants. | Case No. 2:21-cv-00514-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Anthony K. Anderson ("Plaintiff) and Defendant George Timothy Kelly, M.D. ("Dr. Kelly") that the deadline for Plaintiff to file an amended complaint set forth in the Court's March 31, 2024 Order (ECF No. 89) Granting Dr. Kelly's Motion to Dismiss (ECF No. 66), by and through their respective counsel, be extended by two weeks to **Monday April 29, 2024**.

Good cause exists to extend this deadline. Plaintiff's counsel's firm has been closed since the April 8, 2024 loss of life at a deposition that took place in the same building. Given the extraordinary circumstances, and there being no prejudice that inures to any party, this brief

extension is not dilatory nor does it seek undue delay.

WHEREFORE, Plaintiff and Dr. Kelly respectfully request the Court extend the deadline for Plaintiff to file his amended complaint from April 15, 2024 to April 29, 2024.

Dated: April 12, 2024

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ *Cheryl A. Grames*
Katherine J. Gordon
Nevada Bar No. 5813
Cheryl A. Grames
Nevada Bar No. 12752
*Attorneys for Defendant*
*George Timothy Kelly, M.D.*

Dated: April 12, 2024.

OGLETREE DEAKINS NASH SMOAK & STEWART, PC

By: /s/ *Elody C. Tignor*
Anthony L. Martin, Esq.
Nevada Bar No. 8177
Elody C. Tignor, Esq.
Nevada Bar No. 15663
*Attorneys for Plaintiff*
*Anthony K. Anderson*

## ORDER

**IT IS SO ORDERED.**

DATED: April 15, 2024.

_____
UNITED STATES MAGISTRATE JUDGE