UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY K. ANDERSON,<br><br>Plaintiff,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-00514-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion Requesting Settlement Conference. ECF No. 101. Only one Defendant responded to the Motion. ECF No. 103. That Defendant (Dr. Kelly) does not appear to object to attending a settlement conference. *Id.* Instead, even before a conference is set Dr. Kelly states he did nothing wrong, but will attend in good faith. *Id*. Without specific reasons or support, Dr. Kelly asks that the conference be virtual.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion Requesting Settlement Conference (ECF No. 101) is GRANTED.

IT IS FURTHER ORDERED that the settlement conference is set for **Thursday, October 10, 2024**. Plaintiff **must** report to the chambers of the Honorable Elayna J. Youchah, Room 3005 in the federal courthouse at **9 a.m.** Defendants **must** report to the chambers of the undersigned at **9:30 a.m.**

IT IS FURTHER ORDERED that **all** parties and their counsel are to appear **in person**; provided, however, that if a party or counsel lives and works out of the state, that party or counsel may seek permission from the Court to appear by Zoom. All parties **must** have full and ultimate settlement authority. If any party is subject to coverage by an insurance carrier, a representative of the insurance carrier with authority to settle this matter up to the full amount of the claim **must** attend the conference. Out of state insurance representatives may seek permission to appear by Zoom.

1

IT IS FURTHER ORDERED that the confidential settlement briefs **must** be submitted no later than **3 p.m. on October 3, 2024**. The briefs **must** be **emailed** to **Emily_Santiago@nvd.uscourts.gov**. Briefs are not to exceed 15 pages in length (without exhibits). No more than 25 pages of exhibits are to be attached to the briefs. The briefs **must** address all key facts of the case and any settlement discussions that preceded the settlement conference. A short summary of law is acceptable, but long renditions of law are not necessary as the purpose of the conference is to attempt settlement.

DATED this 23rd day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2