Katherine J. Gordon
Nevada Bar No. 5813
kgordon@wshblaw.com
Cheryl A. Grames
Nevada Bar No. 12752
cgrames@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702.251.4100 ♦ Fax: 702.251.5405
*Attorneys for Defendant GEORGE TIMOTHY KELLY, M.D.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY K. ANDERSON, an individual, <br><br> Plaintiff <br><br> v. <br><br> NEVADA DEPARTMENT OF CORRECTIONS; HENRY LANDSMAN, M.D., an individual; ROMEO ARANSAS, M.D., an individual; REBECCA KOZLOFF, an individual; SONYA CARRILLO, R.N., an individual; GEORGE TIMOTHY KELLY, M.D., an individual,, <br><br> Defendants | Case No. 2:21-cv-00514-CDS-EJY <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GEORGE TIMOTHY KELLY, M.D. ONLY** |

IT IS HEREBY STIPULATED by and between Plaintiff ANTHONY K. ANDERSON, by and through his counsel of record, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and Defendant GEORGE TIMOTHY KELLY, M.D., by and through his counsel of record, Wood, Smith, Henning & Berman LLP, that any and all claims made by Plaintiff ANTHONY K. ANDERSON, in the above-referenced matter as to Defendant GEORGE TIMOTHY KELLY, M.D., *only* shall be dismissed with prejudice, each party to bear his own attorneys' fees and costs.

IT IS FURTHER STIPULATED that any and all causes of action, cross-claims, counterclaims, and third-party complaints that have been asserted in the above-entitled matter or may be asserted are hereby dismissed with prejudice and barred as to Defendant GEORGE

Case 2:21-cv-00514-CDS-EJY    Document 115    Filed 12/30/24    Page 2 of 2

TIMOTHY KELLY, M.D., *only*.

IT IS SO STIPULATED.

| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | WOOD, SMITH, HENNING & BERMAN LLP |
|---|---|
| By /s/ *Anthony Martin* <br> Anthony L. Martin <br> Nevada Bar No. 18177 <br> 10801 W. Charleston Blvd., #500 <br> Las Vegas, NV 89135 <br> *Attorneys for Plaintiff Anthony K. Anderson* | By /s/ *Cheryl A. Grames* <br> Katherine J. Gordon <br> Nevada Bar No. 5813 <br> Cheryl A. Grames <br> Nevada Bar No. 12752 <br> 2881 Business Park Court, Suite 200 <br> Las Vegas, Nevada 89128-9020 <br> *Attorneys for Defendant George Timothy Kelly, M.D.* |

## **ORDER**

Based on the parties' stipulation, defendant GEORGE TIMOTHY KELLY, M.D., is dismissed with prejudice, with each party to bear its own attorneys' fees and costs; and any and all causes of action, cross-claims, counterclaims, and third-party complaints that have been asserted in the above-entitled matter or may be asserted are hereby dismissed with prejudice and barred, as to defendant GEORGE TIMOTHY KELLY, M.D., *only*.

Dated: December 30, 2024

_____
CRISTINA D. SILVA
United States District Judge

35903670.1:12712-0001    -2-    Case No. 2:21-cv-00514-CDS-EJY
**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GEORGE TIMOTHY KELLY, M.D. ONLY**