# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Anthony K. Anderson, | Case No. 2:21-cv-00514-CDS-EJY |
| Plaintiff | **Order Setting Hearing on Defendants' Motion to Dismiss** |
| v. | |
| Nevada Department of Corrections, et al., | [ECF No. 112] |
| Defendants | |

Defendants Nevada Department of Corrections (NDOC), Romeo Aranas, Sonya (Carrillo) Clark, Henry Landsman, and Rebecca (Kozloff) Florio move for dismissal of plaintiff Anthony Kenneth Anderson's complaint. ECF No. 112. In order to determine whether dismissal is warranted, and is in the interests of justice, the parties must appear for a hearing on May 12, 2025, at 11:00 a.m. in LV Courtroom 6B. Anderson's presence is not required.

Dated: April 16, 2025

_____
Cristina D. Silva
United States District Judge